IN THE SUPREME COURT OF THE STATE OF DELAWARE

CHRISTOPHER R. DESMOND, §
§
   Defendant Below– § No. 328, 2019
   Appellant, §
§
   v. § Court Below–Superior Court
§ of the State of Delaware
STATE OF DELAWARE, §
§ Cr. ID 91009844DI
   Plaintiff Below– §
   Appellee. §

## <u>ORDER</u>

This 7th day of October 2019, it appears to the Court that, on August 20, 2019, the Court entered an order denying appellant's motion to proceed *in forma pauperis*. Appellant was ordered to pay the required filing fee by September 3, 2019, or else his appeal would be dismissed without further notice. Appellant failed to pay the filing fee as ordered; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to Supreme Court Rules 3(b)(2) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice